UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LEROY TENNART, et al.

    Plaintiffs,

v.

CITY OF BATON ROUGE, et al.,

    Defendants.

Case No. 17-CV-179-JWD-EWD

**JOINT MOTION OF PLAINTIFFS AND LOUISIANA STATE POLICE DEFENDANTS FOR ENTRY OF STIPULATED PROTECTIVE ORDER FOR PLAINTIFFS' MEDICAL INFORMATION**

Plaintiffs Brachell Brown, Christopher Brown, Zachary Hill, Eddie Hughes, Godavari Hughes, Thomas Hutcherson, Deon Tennart, and Leroy Tennart join with Defendants Michael Edmonson, Jacob Brown, Murray Buquet, Louis Calato, Samuel Capaci, Brittany Caughlin, Jason Chiasson, John Clary, Scott Coco, Brian Coghlan, Mark Dennis, Joseph Dessens, Ian Dollins, Robert Downs, David Easley, Trey Elliott III, Chad Guidry, Aaron Guilliams, Glenn Hale, Joseph Hall, Stephen Hammons, Joseph Hasselbeck, Jeffrey Holley, Richard Horton, Jonathan James, Chris Jordan, Christopher Kelley, John Kelly, Caleb Kennedy, Tyler Latiolas, Matthew Lemmons, Blake Lemoine, James McGehee, Herman Newell III, Joey Schouest, Reginald Taylor, Richard Watson, and Francis Woods, and Murphy Paul ("LSP Defendants") to move this Court for entry of the attached protective order.

Whereas Defendants have sought production of confidential and sensitive medical information and records from Plaintiffs, the LSP Defendants and Plaintiffs jointly move the Court to enter the attached stipulated order governing the production and use of certain confidential medical information in this case.

LEROY TENNART, et al., through their counsel,

*/s/ James Craig*
James Craig, La. Bar No. 33687
Eric A. Foley, La. Bar No. 34199
Hannah A. Lommers-Johnson La. Bar No. 34944
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Avenue
New Orleans LA 70119
(504) 620-2259 (p) / (504) 208-3133 (f)
jim.craig@macarthurjustice.org
eric.foley@macarthurjustice.org
hannah.lommersjohnson@macarthurjustice.org

*/s/ S. Mandisa Moore-O'Neal*
S. Mandisa Moore O'Neal, La. Bar No. 35256
8818 Jeanette Street
New Orleans LA 70118
 (504) 475-8046 (p)
smandisa85@gmail.com

MICHAEL EDMONSON, et al., through their counsel,

BURGLASS & TANKERSLEY, L.L.C.

*/s/ Gregory C. Fahrenholt*
Dennis J. Phayer (#10408)
Gregory C. Fahrenholt (#28572)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Telephone: (504) 836-0408
Facsimile: (504) 287-0448
Email: gfahrenholt@burglass.com