UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY TENNART, ET AL.** | CIVIL ACTION |
| VERSUS | NO.: 17-CV-179-JWD-EWD |
| **CITY OF BATON ROUGE, ET AL** | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, come defendants, City of Baton Rouge/Parish of East Baton Rouge; Melvin Lee "Kip" Holden; and individual current and former BRPD officers, who respectfully represent:

1.

The Court has set the dispositive motion and Daubert motion deadline for January 21, 2022. (ECF Doc. 333) The dispositive motions deadline in two related cases, Smith, et al. v. City of Baton Rouge, et. al, and Batiste-Swilley v. City of Baton Rouge, et al., are set for January 31 and January 21, respectively.

2.

Despite the diligent efforts of all parties, discovery has continued beyond the December 17, 2021 deadline, and is nearly, but not completely, finished. (ECF Doc. 333) As the Court is aware from other cases involving the arrests of protesters in July 2016, two witnesses, Nick Collins (who is also a defendant) and Richard McCloskey, former BRPD Officers, have been difficult to locate and make available for deposition. Also, some of the Plaintiffs have not been deposed; Plaintiffs agreed to make them available for deposition outside of the discovery period, but due to counsel's illness (see below), the hectic schedules of plaintiffs' counsel, and the holidays, those depositions have not yet been taken.

3.

Further bogging down the process was the illness of undersigned counsel for the City/Parish defendants, resulting in an absence from the office from December 22, 2021 through January 10, 2022. This was no minor illness, but completely disrupted the undersigned's ability to review documents, conduct research, and draft dispositive motions. The undersigned is the only attorney for the City/Parish with comprehensive knowledge regarding the scores of depositions taken in this and related cases. Thus, counsel's illness has made it impossible for the City/Parish to complete any work on the Defendants' dispositive motions.

4.

Plaintiffs, through counsel, joins in this Motion for Extension of Time. The Louisiana State Police defendants, through counsel, do not object to this Motion for Extension of Time.

5.

Movants herein respectfully suggest that they have shown good cause to modify the scheduling order, and request that the dispositive motion and Daubert motion deadline be extended by twenty-eight (28) days, to February 28, 2022.

**WHEREFORE**, movants herein, the City/Parish Defendants and plaintiff, without opposition, request that the previously set dispositive motion and Daubert motion deadline be extended and reset to February 28, 2022.

*(Signature Blocks on Following Page)*

**By Attorneys:**
**ANDERSON O. "ANDY" DOTSON, III**
**PARISH ATTORNEY**

*/s/ Joseph K. Scott, III*
**Joseph K. Scott, III (#28223)**
**Deelee S. Morris (#28775)**
**A. Gregory Rome (#21062)**
222 St. Louis Street, 9th Floor
Baton Rouge, LA 70802
Telephone: (225) 389-3114
Facsimile: (225) 389-8736
Email: jkscott@brla.gov
Email: joseph@josephkscott.com
Email: dsmorris@brla.gov
Email: grome@brla.gov

/s/ James W. Craig
James Craig, La. Bar No. 33687
Roderick & Solange MacArthur
Justice Center
4400 S. Carrollton Avenue
New Orleans LA 70119
(504) 620-2259 (p) / (504) 208-3133 (f)
jim.craig@macarthurjustice.org

/s/ Eric A. Foley
Eric A. Foley, La. Bar No. 34199
Roderick & Solange MacArthur
Justice Center (see above)
eric.foley@macarthurjustice.org

/s/ S. Mandisa Moore-O'Neal
S. Mandisa Moore O'Neal, La. Bar No. 35256
8818 Jeanette Street
New Orleans LA 70118
(504) 475-8046 (p)
smandisa85@gmail.com

/s/ Hannah A. Lommers-Johnson
Hannah A. Lommers-Johnson
La. Bar No. 34944
Roderick & Solange MacArthur
Justice Center (see above)
hannah.lommersjohnson@macarthurjustice.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I served the foregoing *Unopposed Motion for Extension of Time* via email to all counsel of record.

>    */s/ Joseph K. Scott, III*
>    **Joseph K. Scott, III**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY TENNART, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO.:  17-CV-179-JWD-EWD** |
| **CITY OF BATON ROUGE, ET AL** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing *Unopposed Motion for Extension of Time,*

IT IS ORDERED that the motion is GRANTED. The deadline to file dispositive motions and Daubert motions deadline is extended February 28, 2022.

Thus done and signed this _____ day of _____, 2022, in Baton Rouge, Louisiana.

_____
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**