UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY TENNART, ET AL.

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 17-179-JWD-EWD

*CONSOLIDATED WITH*

NIKOLE SMITH, ET AL.

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 17-436-JWD-EWD

## ORDER

Considering the Joint Notice of Settlement (Doc. 415);

**IT IS ORDERED** that Notice of settlement between plaintiff Zachary Hill and defendant Matthew Lemmons (Doc. 415) is approved. All claims by plaintiff Zachary Hill against this defendant Matthew Lemmons are dismissed, with the parties to bear their own costs, and without prejudice to the right of these parties, upon good cause shown, to reinstate the claims if the settlement is not consummated within sixty days of this Court's order of dismissal. All claims by all plaintiffs against all Louisiana State Police defendants have been dismissed or resolved. All plaintiffs maintain their claims against all remaining defendants associated with the City/Parish of East Baton Rouge and the Baton Rouge Police Department, and trial will proceed as to these defendants.

Signed in Baton Rouge, Louisiana, on October 25, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**